IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIE HARELTON MCDIARMID, JR.                                             PLAINTIFF

v.                                  Case No. 6:24-cv-6006

SAVANNA CANTRELL, and
DIRECTOR MARGARETT DOE                                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. After screening Plaintiff's *pro se* 42 U.S.C. § 1983 claims pursuant to 28 U.S.C. § 1915(a)(b)(1), Judge Ford recommends that Plaintiff's Second Amended Complaint (ECF No. 11) be dismissed without prejudice. Judge Ford recommends so because Defendant Savanna Cantrell is entitled to complete or qualified immunity as a parole officer and because Plaintiff failed to sufficiently allege any claim against Defendant Margarett Doe. Judge Ford further recommends that the Clerk be directed to place a § 1915(g) strike flag on this case for future judicial consideration and that any appeal from dismissal would not be taken in good faith.

Plaintiff filed a timely objection. ECF No. 14. However, Plaintiff does not provide any substantive refutation of Judge Ford's reasoning.[1] Plaintiff instead reiterates and significantly expands upon the factual allegations from his Second Amended Complaint. The Court finds that the new facts alleged by Plaintiff are insufficient to provide a set of facts that could support a claim that would entitle Plaintiff to relief. *See Pratt v. Corrections Corp. of Am.*, 124 F.App'x 465, 466 (8th Cir. 2005) (noting that new facts alleged in a *pro se* response to a motion to

---

[1] Plaintiff provides no argument regarding Defendant Savanna Cantrell's immunity or his lack of injury for his Eighth Amendment claims and also fails to sufficiently allege how Defendant Margarett Doe's actions violated his Fourteenth Amended due process rights.

dismiss are considered but must still be sufficient to state a claim). Therefore, Plaintiff's objection is not sufficiently specific to require a *de novo* review of Judge Ford's R&R. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation instead of a review for plain error).

Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 13) *in toto*. Plaintiff's Second Amended Complaint (ECF No. 11) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **directed** to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 16th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge